## IN THE COURT OF APPEALS OF TENNESSEE

## AT KNOXVILLE

| | | |
|---|---|---|
| NATIONSBANK OF TENNESSEE, | ) | HAMILTON CHANCERY |
| | ) | (No. 73919) |
| Plaintiff/Apellant | ) | |
| | ) | |
| v. | ) | NO. 03A01-9808-CH-00279 |
| | ) | |
| FORMPAK, INC. and | ) | HON. HOWELL N. PEOPLES |
| RON CAMPBELL, | ) | CHANCELLOR |
| | ) | |
| Defendants/Appellees | ) | |

## O R D E R

The Opinion in this case filed on June 25, 1999 is hereby withdrawn.

IT IS SO ORDERED.

ENTER:

_____
William H. Inman, Senior Judge

_____
Herschel P. Franks, Judge

_____
Charles D. Susano, Jr., Judge